UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| JOSEPH ARCHULETA, | Civil No. 3:19-CV-5294-DWC |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON STIPULATED REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge shall:

(1) hold a de novo hearing;

(2) evaluate the entire relevant period beginning July 11, 2013;

(3) admit the March 2018 functional capacity evaluation into the record and evaluate the opinion of Christina Casady, OTR;

(4) reevaluate the opinion evidence, including the opinions of Dr. Blair, Dr. Judish, and PA Sumrall.

Page 1     ORDER - [3:19-CV-5294-DWC]

(5) reevaluate the claimant's symptom testimony;

(6) reassess the claimant's residual functional capacity;

(7) continue with the sequential evaluation process, obtaining vocational expert testimony as necessary; and

(8) issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 9th day of September, 2019.

David W. Christel
United States Magistrate Judge

Presented by:

s/ Stephen Dmetruk
STEPHEN DMETRUK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3725
Fax: (206) 615-2531
stephen.dmetruk@ssa.gov